1  Eric G. Wallis (SBN 67926)
   Email: Ewallis@reedsmith.com
2  REED SMITH LLP
   101 Second Street, Suite 1800
3  San Francisco, CA  94105-3659
   Telephone:     +1 415 543 8700
4  Facsimile:     +1 415 391 8269

5  Attorneys for Defendants and Third-Party
   Plaintiffs
6
7  Phillip F. Shinn (SBN 112051)
   Email: pshinn@foxrothschild.com
   FOX ROTHSCHILD LLP
8  235 Pine Street, Suite 1500
   San Francisco, CA  94104
9  Telephone:     +1 415 364-5540
   Facsimile:     +1 415 391-4436
10
   Attorneys for Plaintiff  and Third-Party
11 Defendant

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  AMIT V. PATEL, | No. CV 10 2746 CW |
| 16              Plaintiff, | **STIPULATION AND ORDER FOR TRANSFER OF ACTION PURSUANT TO 28 U.S.C. SECTION 1404(a)** |
| 17         v. | |
| 18  FRANKLIN RESOURCES, INC. d/b/a Defendants TEMPLETON INVESTMENTS and BNY MELLON SHAREOWNER SERVICES, | Compl. Filed:  June 23, 2010<br>Honorable Claudia Wilken |
| 20              Defendants. | |
| 21  FRANKLIN RESOURCES, INC. AND MELLON INVESTOR SERVICE, LLC, | |
| 23              Third-Party Plaintiffs, | |
| 24         v. | |
| 25  VINU C. PATEL, | |
| 26              Third- Party Defendant. | |

27
28

Plaintiff Amit V. Patel (Plaintiff) and Third-Party Defendant Vinu C. Patel (Vinu Patel), and Defendants and Third-Party Plaintiffs Franklin Resources, Inc. (Franklin) and Mellon Investor Services LLC (sued as "BNY Mellon Shareowner Services") (Mellon) (Franklin and Mellon together, "Defendants"), submit this Stipulation and Order for Transfer of Action under 28 U.S.C. Section 1404(a):

Whereas, Plaintiff is a resident of New Jersey;

Whereas, Mellon has a place of business in New Jersey;

Whereas, Defendants have filed a Third-Party Complaint for Indemnity and Contribution against Third-Party Defendant Vinu Patel;

Whereas, Vinu Patel is a resident of New Jersey;

Whereas, Vinu Patel contests personal jurisdiction over him in the United States District Court for the Northern District of California but concedes personal jurisdiction over him exists in the United States District Court for the District of New Jersey;

Whereas, Defendants' claims for indemnity and contribution against Vinu Patel may arise under the laws of the State of New Jersey;

Whereas, Defendants have potential percipient witnesses who reside on the East Coast;

Whereas, all parties desire that for the convenience of the parties and witnesses, and in the interest of justice, that this action be transferred to the United States District Court for the District of New Jersey;

1  IT IS HEREBY STIPULATED that an Order may be entered transferring this action to the
2  United States District Court for the District of New Jersey under 28 U.S.C. Section 1404(a).
3
4  DATED:  November ___, 2010.

   REED SMITH LLP
5
6
   By_____
7       Eric G. Wallis
        Attorneys for Defendants and Third-Party
8       Plaintiffs

9  DATED:  November ___, 2010.

10 FOX ROTHSCHILD LLP
11
12 By_____
       Phillip F. Shinn
       Attorneys for Plaintiff and Third-Party Defendant
13
14
15 Upon stipulation of the parties and for good cause shown,
16
17 IT IS HEREBY ORDERED that this action be transferred, pursuant to 28 U.S.C. Section
18 1404(a), to the United States District Court for the District of New Jersey.
19
20 Dated:  **November 30, 2010**.
21
22 _____
23 United States District Judge
24
25
26
27
28